# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00550-CV

**Walter Lee Hall, Jr., Appellant**

**v.**

**U.S. Bank National Association, as Trustee, on Behalf of the Holders of the
Asset Backed Pass-Through Certificates, Series NC 2005-HE4, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-006311, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss the appeal. We grant the motion

and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Agreed Motion

Filed: October 10, 2014